## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 3rd day of August, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA FIRST CLASS U.S. MAIL**

*Triton Transport, Inc.*
Attn:  President/CEO and
         Ruthie M. Hodge
1718 West Michigan Avenue
Lansing, MI 48915

　　　　　　　　　　　　　　　　　／s／ Mary E. Augustine
　　　　　　　　　　　　　　　　　Mary E. Augustine (No. 4477)

617372v1